AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**Yves Lebon**<br>*Defendant* | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number: **07-mj-6417** |

FILED
AUG 2 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Upon motion of the __United States Government_____, it is ORDERED that a

detention hearing is set for __August 27, 2007__* at __11:00 A.M.__
                              *Date*                       *Time*

before ____**United States Magistrate Judge Thomas J. Shields**____
                          *Name of Judicial Officer*

**211 19th Street, Rock Island, Illinois**
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
          *Other Custodial Official*

Date: __August 22, 2007__          S/Thomas J. Shields
                                          _____
                                              *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.